No. 74–6182.   KENYON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 74 6189.   HOFFMAN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 74–6198.   BOSTON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 74–6199.   BRINLEE v. ATTORNEY GENERAL OF THE UNITED STATES ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 74–6201.   MORANDI v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 74–6270.   RESNICK v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–6310.   BRANTLEY v. BAXLEY ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 74- 6312.   CARTER v. CHIPPER'S NUT HUT, INC. C. A. 5th Cir.   Certiorari denied.

No. 74–6315.   JAMES v. HENDERSON, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 74–6316.   BURSTON v. CALDWELL, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 74–6317.   JOHNSON v. ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 74–6326.   YOUNG v. NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 74–6333.   ROLL v. CALIFORNIA.   Sup Ct. Cal. Certiorari denied.